**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JARON AMBROSE,** | : | **CIVIL ACTION** |
| | : | |
| **Petitioner,** | : | |
| **v.** | : | **NO. 24-cv-0118** |
| | : | |
| **JOSEPH TERRA,[1] et al.,** | : | |
| | : | |
| **Respondents.** | : | |

**<u>STATUS REPORT AND REQUEST TO DISCONTINUE HABEAS PROCEEDINGS</u>**

Petitioner Jaron Ambrose, through undersigned counsel, hereby provides this Court with a status report and requests that this Court discontinue this habeas proceeding.

1.      In January 2024, Mr. Ambrose filed a pro se habeas corpus petition seeking relief from his 2012 conviction for first-degree murder, criminal conspiracy, aggravated assault, violation of the uniform firearms act, and possession of an instrument of crime. ECF Doc. No. 1. On July, 9, 2024, the Magistrate Judge appointed the Federal Community Defender Office ("FCDO") to represent Petitioner. ECF Doc. No. 17.

2.      On September 22, 2025, undersigned counsel submitted a counseled amended habeas petition based on newly disclosed information. ECF Doc. No. 35. The next day, undersigned counsel filed a motion to stay the proceedings for exhaustion and allow undersigned counsel to represent Mr. Carter in state postconviction proceedings. ECF Doc. No. 40. The Magistrate Judge granted that motion in part on September 26, 2025, and stayed these proceedings

---

[1] Mr. Ambrose is presently housed at the State Correctional Institution at Phoenix, where Mr. Terra serves as Superintendent.

pending the outcome of Mr. Ambrose's newly filed PCRA petition in the Philadelphia Court of Common Pleas. ECF Doc. No. 42.

3.      On April 10, 2026, Mr. Ambrose appeared in front of the Honorable Scott O'Keefe via video link. At that time, he was granted relief pursuant to his subsequent PCRA petition. His conviction was vacated, and Mr. Ambrose entered a guilty plea on Third Degree Murder and related charges.

4.      On July 24, 2026, Mr. Ambrose was sentenced to twenty-five to fifty-years with credit for time served.  Both Mr. Ambrose and the Commonwealth were given ten (10) days to request a resentencing.  Neither side has elected to do so. Additionally, according to conversations with Mr. Ambrose and Assistant District Attorney Zachary Greene, neither party intends to appeal the matter.

WHEREFORE, Petitioner Jaron Ambrose respectfully requests that this Court deem Mr. Ambrose's pending habeas petition withdrawn as moot, discontinue this case, and mark the case closed. A proposed order follows.

Respectfully submitted,

*s/ Tara Schiraldi*
Tara Schiraldi, Esq.
Assistant Federal Defender
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street
The Curtis Center, Suite 540 West
Philadelphia, PA 19106
(215) 928-1100
*Counsel for Petitioner Jaron Ambrose*

August 6, 2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARON AMBROSE,** | : | **CIVIL ACTION** |
| | : | |
| **Petitioner,** | : | |
| **v.** | : | **NO. 24-cv-0118** |
| | : | |
| **JOSEPH TERRA, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

## O R D E R

   **AND NOW** this _____ day of _____ 2026, upon consideration of

Petitioner's *Status Report and Request to Discontinue Habeas Proceedings*, it is **HEREBY**

**ORDERED** as follows:

1.   The Request is **GRANTED**.

2.   Petitioner's habeas petition is **DEEMED WITHDRAWN** as moot.

3.   This action is **DISCONTINUED** and shall be marked **CLOSED**.


                                   BY THE COURT:


                                   _____

                                   GERALD J. PAPPERT
                                   United States District Court Judge