**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JARON AMBROSE,<br><br>*Petitioner,*<br><br>v.<br><br>RANDY EVANS, *et al.*,<br><br>*Respondents.* | CIVIL ACTION<br>NO. 24-118 |

**ORDER**

**AND NOW**, this 19th day of October 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Dkt. No. 48), it is **ORDERED** that:

1. Magistrate Judge Wells's Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Ambrose's Amended Petition for a Writ of *Habeas Corpus* is **DISMISSED with prejudice**; and
3. The Clerk of Court shall close this case.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.